**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICHARD P. SAVITT,

                Plaintiff,

    -against-                                            25 **CIVIL** 1159 (LLS)

                                                                            **JUDGMENT**

JUDGE DEBRA ROSE SAMUELS; JUDGE
CAROL SHARPE,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 21, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii), and for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3). The Court has declined to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

**Dated:**  New York, New York

       May 22, 2025

                                                             **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                          **BY:**      *K. Mango*

                                                                 **Deputy Clerk**